# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130185

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellant,

v                                                          SC: 130185
                                                           COA: 256194
                                                           Wayne CC: 03-011884-01

CHARLES EDGAR GREGORY,
            Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the November 1, 2005 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons set forth in the dissenting opinion, and REMAND this case to the Court of Appeals to consider whether defendant is entitled to jail credit.

CAVANAGH and KELLY, JJ., would deny leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2006                                    _____
d0404                                                          Clerk